JOHN A. SHEPARDSON (SBN: 129081)
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
Telephone: (408) 395-3701
Facsimile: (408) 395-0112
Email: shepardsonlaw@me.com

Attorneys for Defendant
TRUE TRADITIONS, L.C.
And MARY LOUIE

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>RICHARD STEVEN LOUIE and STEPHANIE YINMAN CHAN,<br><br>    Debtors. | Case No 11-54357 SLJ<br><br>Chapter 7 |
| CAROL WU, Trustee,<br><br>    Plaintiff,<br><br>vs.<br><br>MARY LOUIE, RICHARD STEVEN LOUIE, STEPHANIE YINMAN CHAN, TRUE TRADITIONS, L.C,<br><br>    Defendants. | Adv. Proc. No. 13-05062 SLJ<br><br>**DEFENDANT TRUE TRADITIONS, L.C. AND MARY LOUIE'S CORRECTED AMENDED STATEMENT OF ISSUES**<br><br>US District Court Northern District Case No. CV14-03605<br><br>Notice of Appeal filed 8/6/14 |
| *LINDA S. GREEN, Chapter 7 Trustee in Bankruptcy of the Estate of HOMER VENTURES, LLC,*<br><br>    *Plaintiff-in-Intervention,*<br><br>*vs.*<br><br>TRUE TRADITIONS, L.C., a purported New Mexico limited liability company,<br><br>    Defendants-in-Intervention. | |

1

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Defendant True Traditions, L.C. and Mary Louie, pursuant to Federal Rules of Bankruptcy Procedure 8006, hereby states the issues to be presented on appeal:

1. The bankruptcy court erred when it failed to apply the Law of the Case.
2. The bankruptcy court erred when it denied Defendant True Traditions, L.C.'s right to a jury trial.
3. The bankruptcy court erred when it denied Defendant True Traditions, L.C.'s challenge to jurisdiction.
4. The bankruptcy court erred when it denied Mary Louie leave to amend to join the action.
5. The bankruptcy court erred when it failed to find Defendant True Traditions, L.C. was a rightful owner of the Tehama property.
6. The bankruptcy court erred when it failed to find Defendant True Traditions, L.C., through Mary Louie's interests, was a rightful owner of the Tehama property.
7. The bankruptcy court erred when it failed to apply presumptions of fraud, undue influence and/or void transfer.
8. The bankruptcy court erred when it asserted Defendant True Traditions, L.C. waived its right to have the Trial Court's findings of fact and conclusions of law reviewed by the District Court because it filed a Motion for Summary Judgment after the Trial Court had denied Defendant's requests for a jury trial and removal based on lack of jurisdiction.
9. The bankruptcy court erred when it found Rick Louie lawfully took Mary Louie's

and/or Defendant True Traditions, L.C.'s assets without consideration or gifting.

10. The bankruptcy court erred when it failed to apply a preponderance of the evidence standard of review.

11. The bankruptcy court erred when it failed to find that there was specific tracing of Mary Louie's monies purchasing the Tehama property.

12. The bankruptcy court erred when it supported the debtor acquiring property by fraudulent conduct from the third party, by allowing the Trustees to take possession of the third party's property.

13. The bankruptcy court erred when it failed to allow Defendant True Traditions, L.C. to make arguments on behalf of Mary Louie.

14. The bankruptcy court erred when it failed to allow Defendant True Traditions, L.C., agent of Mary Louie, to assert a constructive trust.

15. The bankruptcy court erred in failing to grant a New Trial.

16. The bankruptcy court erred when it failed to amend the Judgment.

17. The bankruptcy court made factual errors, including but not limited to, assuming there was no evidence of lack of consideration in the Mary Louie to Richard Steven Louie transfer.

Dated: October 3, 2014

/s/ John A. Shepardson
JOHN A. SHEPARDSON, Attorney
for Defendant TRUE TRADITIONS, L.C.
and MARY LOUIE

3

Appellant's Corrected Amended Statement of Issues

Case: 13-05062   Doc# 150   Filed: 10/03/14   Entered: 10/03/14 17:57:07   Page 3 of 4

4

Appellant's Corrected Amended Statement of Issues